UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACKIE WESTENBERGER,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>Defendant. | Case No. 2:17-cv-02661-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 2) entered October 13, 2017, regarding removal of this case to federal district court. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than December 5, 2017,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 21st day of November, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1