1  MARCUS A. BERG, ESQ.
   Nevada Bar No. 9760
2  marcus@mossberglv.com
3  BOYD B. MOSS III, ESQ.
   Nevada Bar No. 8856
4  boyd@mossberglv.com
   MOSS BERG INJURY LAWYERS
5  4101 Meadows Lane, Suite 110
   Las Vegas, Nevada 89107
6  Telephone: (702) 222-4555
7  Facsimile: (702) 222-4556
   *Attorneys for Plaintiff*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACKIE WESTENBERGER,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC, a Foreign Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | **Case No. 2:17-cv-02661-JAD-PAL** |

## STIPULATION AND ORDER TO CONTINUE MOTION FOR SANCTIONS HEARING

The parties hereby file this Stipulation and Order to move the Motion for Sanctions Hearing currently scheduled in the above-captioned matter for October 4, 2019 at 10:00 a.m. to

…

…

…

32193-00025 4677559.1                    1

October 3, 2019 at 10:00 a.m.

DATED this 11th day of September 2018.

| MOSS BERG INJURY LAWYERS | PHILLIPS SPALLAS & ANGSTADT |
|---|---|
| **/s/ Marcus A. Berg, Esq.** | **Jack P. Burden, Esq.** |
| MARCUS A. BERG, ESQ.<br>Nevada Bar No. 9760<br>marcus@mossberglv.com<br>BOYD B. MOSS III, ESQ.<br>Nevada Bar No. 8856<br>boyd@mossberglv.com<br>4101 Meadows Lane, Suite 110<br>Las Vegas, Nevada 89107<br>Telephone: (702) 222-4555<br>Facsimile: (702) 222-4556<br>*Attorneys for Plaintiff* | JACK P. BURDEN, ESQ.<br>Nevada Bar No. 6918<br>jburden@backuslaw.com<br>BACKUS CARRANZA & BURDEN<br>3050 South Durango Drive<br>Las Vegas, Nevada 89117<br>Telephone: (702) 872-5555<br>Facsimile: (702) 872-5545<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 9/18/2019