Jack P. Burden, Esq.
Nevada State Bar No. 6918
Xiao Wen Jin, Esq.
Nevada State Bar No. 13901
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
shirleyjin@backuslaw.com
Attorneys for Defendant *Albertson's LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JACKIE WESTENBERGER, | Case No. 2:17-cv-02661-JAD-BNW |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| ALBERTSONS LLC, a Foreign Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, | (Motion for Rule 37 Sanctions – ECF No. 43) |
| Defendants. | |

Before the Court is Defendant Albertson's LLC's Motion for Rule 37 Sanctions (ECF No. 43) (the "Motion"). Subsequent to filing the Motion, the Parties reached an agreement that Plaintiff will not be claiming lost wages, diminished earning capacity, or future medical damages. As such, the Motion is unopposed. Accordingly,

**IT IS ORDERED** the Motion is GRANTED, and Plaintiff is precluded from introducing evidence of any lost wages, diminished earning capacity, or future medical damages in motion practice, hearing or trial.

DATED October 4, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1